AO 91 (Rev. 5/85) Criminal Complaint

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

# United States District Court

DEC 06 2005

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

Western DISTRICT OF Virginia

UNITED STATES OF AMERICA

v.

ANTHONY TROY WILLIAMS

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER 3:05m00235

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 19, 2005** in Albemarle county, in the Western District of Virginia defendant(s) did, (Track Statutory Language of Offense)

   by force and intimidation, take from the person of victim teller Tamika Harris, approximately $15,150.00 in United States Currency belonging to and in the care, custody, control, management and possession of a banking institution, namely Wachovia Bank, 1617 Emmet Street, Charlottesville, Virginia, whose accounts were then and are currently insured by the Federal Deposit Insurance Corporation, Certificate 33869, issued on April 1, 2002 ;

in violation of Title  18  United States Code, Section(s)  2113 (a)(d)

I further state that I am a(n)  Special Agent of the Federal Bureau of Investigation  and that this complaint is based on the following facts:
Official Title
   See Attached Affidavit hereby incorporated by reference as if fully restated herein.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

/s/
Signature of Complainant
**John Swartzwelder, Jr.**
**Special Agent**
**Federal Bureau of Investigation**

Sworn to before me and subscribed in my presence,

at  Charlottesville, Virginia
                                         City and State

12-6-05
Date
B. Waugh Crigler, United States Magistrate  Judge
Name & Title of Judicial Officer

/s/
Signature of Judicial Officer

AFFIDAVIT

STATE OF VIRGINIA      )
                       ) ss.
COUNTY OF ALBEMARLE    )

I, John W. Swartzwelder, Jr., first and duly sworn depose and say:

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) stationed in Charlottesville, Virginia.

2. On August 19, 2005, the Wachovia Bank, 1617 Emmet Street, Charlottestville, Virginia, a Federal Deposit Insurance Corporation (FDIC) insured financial institution, FDIC Certificate 33869, issued on April 1, 2002, was robbed by a black male.

3. The Victim Teller advised she was working at her teller station at referenced bank, shortly before 11:00 A.M., Eastern Standard Time, when she observed a black male approach her teller counter. The robber placed a demand note upon the counter and slid the note toward Harris. The robber then leaned into the teller counter and spread his arms to each side. the Victim Teller read the note which read in part, paraphrasing, this is not a game . . . $100 bills in thousand dollar straps. The Victim Teller opened her cash drawer and removed Federal Reserve Notes and placed them upon the counter. The Victim Teller paused after emptying her cash drawer, prompting the robber to lift his shirt with his right hand, thereby displaying a black handgun. The robber stated don't play with me, I know you have a second drawer. The Victim Teller then removed Federal Reserve Notes from a second drawer and placed them upon the counter. The robber grasped the money and exited the bank.

4. The Victim Teller described the robber as a black male, dark skin tone with a rough face, possibly pock marked, 5'8" to 5'9", in his thirties, wearing a beige fisherman's hat, a white T-shirt with gray writing layered over a second shirt and sunglasses.

5. Subsequently, a confidential source of information, developed by Detective Sergeant Richard Hudson, Charlottesville Police Department (CPD), 606 East Market Street, Charlottesville, Virginia, was interviewed by your affiant regarding referenced bank robbery. During the interview, the source of information advised a black male, known to him as Anthony Williams, had admitted committing bank robberies in Charlottesville, Virginia. Williams stated he wrote demand notes which read in part he had a gun, and noted bank tellers have cash reserve drawers. Williams told the source of information he had robbed a bank in Charlottesville located near a Kentucky Fried Chicken (the referenced Wachovia Bank is near a Kentucky Fried Chicken) and said after receiving money from a top drawer he made the victim teller go into a

second drawer. Williams also displayed a handgun to the source which he said he used during the commission of bank robberies. The source of information described the handgun as a black .40 caliber Smith and Wesson pistol.

6. Subsequently, during the early morning hours of September 1, 2005, Anthony Troy Williams, black male, date of birth September 5, 1962, FBI number 558479W7, was arrested for the referenced bank robbery by the Charlottesville Police Department. CPD computerized records describe Williams as a black male, 5'9", 155 pounds.

7. On September 19, 2005, Patrolman/Evidence Technician Shawn Bayles, Charlottesville Police Department, advised your affiant he searched the vehicle Williams was a passenger in when he was arrested. Within the trunk of the car, Bayles found a black multi compartmented back pack which contained a hat believed by your affiant to be identical to the baseball style hat worn by the robber during the commission of referenced robbery and depicted within an associated surveillance photograph of the robber. The Virginia State Crime Lab tested DNA from the hat and matched same to Williams' DNA. The back pack also contained a stainless steel, semiautomatic .40 caliber Khar pistol. The pistol was not loaded, however, an accompanying magazine contained three rounds of ammunition.

8. On September 8, 2005, the Victim Teller, viewed a photo line-up prepared by Detective Phil Giles, Albemarle County Police Department, at the request of your affiant. Anthony Troy Williams was depicted in the line-up by photograph #5. The line-up was presented by your affiant and Detective Giles. After viewing the line-up, the Victim Teller identified photograph #5 as the person who robbed her on August 19, 2005.

9. On September 8, 2005, a Wachovia Bank employee, referred herein as A, and witness to the August 19, 2005 robbery of the referenced Wachovia branch, viewed the same photo line-up. After viewing the line-up, Employee A identified photograph #5 as the robber.

10. On September 27, 2005, a Wachovia Bank employee, referred herein as B, and witness to the August 19, 2005 robbery of the referenced Wachovia branch, viewed the same photo line-up. After viewing the line-up, Employee B identified photograph #5 as the robber.

11. Your affiant submits the facts enumerated in the foregoing numbered paragraphs to establish probable cause that Anthony Troy Williams has committed the August 19, 2005 robbery of the Wachovia Bank, 1617 Emmet Street, Charlottesville, Virginia, in violation of Title 18, United States Code, Sections 2113(a) and (d).

_____
John Swartzwelder, Jr.
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before
me this /6 th. day of December, 2005.

_____
B. Waugh Crigler,
United States Magistrate Judge