CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

DEC 06 2005

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PETITION FOR WRIT OF HABEAS |
| | ) | CORPUS AD PROSEQUENDUM |
| v. | ) | |
| | ) | |
| ANTHONY TROY WILLIAMS | ) | Criminal No. 3:05M000235 |

Your petitioner, United States of America, by Nancy S. Healey, Assistant United States Attorney for the Western District of Virginia, respectfully shows:

1. That this case is a prosecution upon a warrant and complain, charging the defendant with a violation of Title 18, United States Code 2113(d).

2. That the presence of the said defendant before the United States District Court for the Western District of Virginia at Charlottesville, Virginia, scheduled for court at 3:30 p.m. on December 6, 2005, is necessary and he is now in custody of Albemarle/Charlottesville Joint Security Complex .

WHEREFORE, your petitioner prays that a Writ Of Habeas Corpus Ad Prosequendum be issued to the United States Marshal for the Western District of Virginia, or any other authorized United States Marshal, who shall bring the defendant before the Court at the above time and place.

Dated: 12/7/05

Assistant United States Attorney

*************************************************************************

TO: Albemarle/Charlottesville Joint Security Complex
    1600 Avon Extd.
    Charlottesville, VA 22903

**IN THE EVENT THIS INMATE IS TO BE TRANSFERRED TO ANOTHER FACILITY BEFORE THE REQUESTED DATE OF APPEARANCE, PLEASE NOTIFY THE ASSISTANT U.S. ATTORNEY LISTED ABOVE AT (434)293-4283.**

GREETINGS:

WE COMMAND YOU that you surrender the body of Anthony Troy Williams detained in the Albemarle/Charlottesville Joint Security Complex , under your custody as it is said, to the United States Marshal for the Western District of Virginia, or one of his Deputies, or any other authorized United States Marshal, to the end that his body will be before the United States District Court for the Western District of Virginia, at Charlottesville, Virginia, on the 6th day of December, 2005, at 3:30 p.m., or at such other time or times as the District Court may direct.

ENTER: This 6th day of December, 2005.

United States Magistrate Judge

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT
OF VIRGINIA, OR ANY AUTHORIZED UNITED STATES MARSHAL:

TO EXECUTE:

WE COMMAND that you proceed to the Albemarle/Charlottesville Joint Security Complex and remove therefrom the body of Anthony Troy Williams and produce him under safe and secure conduct before the United States District Court for the Western District of Virginia, at Charlottesville, Virginia, on the 6th day of December, 2005, at 3:30 p.m., or at such other time or times as the District Court may direct; and upon completion of the case, return the said Anthony Troy Williams to the Albemarle/Charlottesville Joint Security Complex.

JOHN F. CORCORAN

BY: _____
Deputy Clerk

CUSTODY ASSUMED:

EXECUTED this ____ day of December, 2005.

BY: _____
United States Marshal/Deputy

RETURNED:

EXECUTED this ____ day of December, 2005.

BY: _____
United States Marshal/Deputy

SENTENCED STATE PRISONER:    Yes: ____    No: __x__

2