UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
AT CHARLOTTESVILLE

UNITED STATES OF AMERICA

vs.

Anthony Troy Williams
Present/Custody

Criminal Action: 3:05MJ00235-01
Date: 12/06/2005
Judge: B Waugh Crigler
Court Reporter: Sonia Ferris, OCR
Deputy Clerk: Michele Bossems
Probation Off.: David Bean
Interpreter:
Type of Hrg: **INIT APPEARANCE**

## COUNSEL OF RECORD

USA Attorney:
Jean Hudson, AUSA
Case Agent: John Swartzwelder, Jr.

Atty for Deft: **X** /CJA ___ /Ret ___ /None
Lloyd Snook

## WITNESSES

1.  
2.  

1.  
2.  

## INITIAL APPEARANCE

Indictment ___ or Complaint **X**   Arrest Date:_____   Warrant: Y/N **Y** or For Cause Y/N **Y**

**X** Adv. of Rights:   Immediate Request for continuance by defendant: _____
Hearing cont'd to _____

___ Motion to Unseal by Govt ___    Motion to Unseal Granted ___   Denied ___

**X** Identity:
    Admitted **X**    Stipulated ___    Evidence taken ___    Probable Cause Found ___

**X** Counsel:
    Present **X**   Without Counsel ___   Counsel requested prior to Initial Appearance ___
    Fin Affidavit filed ___   Request granted for CJA **X**   Deft to retain counsel ___
    Hrg contd for deft to next app w/ counsel for IA ___   Bail **X** Dtn ___ Arrgn **X** Other ___

**X** PrelimHrg: Waived Open Court ___   Prelim Held **X**   PC Found Y/N **Y**   HrgReq ___ Set for ____

___ Conds/Release and/or Detention:
    Govt Mtn for Dtn made ___   Opposed by Defts ___   Hrg set for _____ on
    Govt Mtn for cont of detn hrg (up to 3 days) ___   Deft Mtn for cont/det hrg (up to 5 days) ___
    Bond Set $_____ Cash ___   10% Corp Surety ___   Property ___ Mtn/Dtn Granted ___
    Conditions of Release or Reasons for Detention:

☐ 1) no viol law           ☐ 2) appear ct ...        ☐ 3) remain residence
☐ 4) USPO supv             ☐ 5) no drugs             ☐ 6) urinalysis
☐ 7) no guns               ☐ 8) no dogs              ☐ 9) remain WDVA
☐ 10)                      ☐ 11)                     ☐ 12)
☐ 13)                      ☐ 14)                     ☐ 15)

Advised as to penalties/sanctions in open court ___

**X** DEFT TO NEXT APPEAR FOR Arr/Bnd ON 12/14/05 BEFORE JUDGE B Waugh Crigler at 3:00

**ORDERS FORTHCOMING:**

CJA 20 **X**   Bond ___   Temp Dtn **X**   Dtn Pending Trial ___   Notice **X**   Other ___

Defendant present with court appointed counsel
Defendant sworn.
Defendant provided with copy of complaint
Age 43 ; DOB: 1962
Defendant is present on writ.
Defendant seeks court appointed counsel.
Court obtains financial information.
Court appoints Lloyd Snook, as counsel
Defendant has    preliminary exam, Court finds probable cause.
Court advises defendant of probable cause findings.
Defendant is remanded to custody of USMS.
Order of temporary detention entered
Defendant to be back in court on 12/14/05 at 3:00 PM for Bond hearing and arraignment.


/mab
time - 3:55 - 4:02 7 minutes