# United States District Court
## WESTERN DISTRICT OF VIRGINIA

FILED IN OPEN COURT
DATE: 12-6-05
_Michele Cossens_
DEPUTY CLERK

UNITED STATES OF AMERICA

V.

_Anthony Tray Williams_
Defendant

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case Number: 3:05MJ235

Upon motion of the _Gov't and w/ consent of defendant_, it is ORDERED that a detention hearing is set for _Dec 14, 2005_ * at _3:00 pm_
before _Hon. B. Waugh Crigler_
Name of Judicial Officer
_C'ville VA_
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _US Marshal_ )
Other Custodial Official
) and produced for the hearing.

Date: _12-6-05_

_____
Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.