AO 456 (Rev.5/85) Notice

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**

**UNITED STATES OF AMERICA**          **NOTICE**

           v.                     **CASE NO.:**  3:05MJ00235-01


**ANTHONY TROY WILLIAMS (CUSTODY)**

_____

**TYPE OF CASE:**

           CIVIL              **X**    CRIMINAL
_____

**X    TAKE NOTICE** that a proceeding in this case has been set for
the place, date, and time set forth below:
_____

**PLACE:**

**U. S. DISTRICT COURT**          **ROOM:**  326
**255 West Main Street**          **DATE:**  DECEMBER 14, 2005
**Charlottesville, VA  22902**    **TIME:**  3:00 PM

_____

**TYPE OF PROCEEDING:**

**BOND HEARING / ARRAIGNMENT**

_____


                          **JOHN F. CORCORAN, CLERK OF COURT**

DATE:  December 7, 2005      By: /s/ Michele Bossems
                                 DEPUTY CLERK
To:  U. S. Attorney, Jean Hudson
     Lloyd Snook, Esq
     File
     U. S. Probation Office
     U. S. Marshal
     B. Waugh Crigler, U. S. Magistrate Judge
     Brenda Dameron,Deputy Clerk