AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

AT CHARLOTTESVILLE, VA
FILED
DEC 09 2005
JOHN F. CORCORAN, CLERK
BY /s/ DEPUTY CLERK

WESTERN _____ DISTRICT OF _____ VIRGINIA

UNITED STATES OF AMERICA

V.

ANTHONY TROY WILLIAMS, A.K.A.
FBI#558479W7,
Date of Birth: September 5, 1962

WARRANT FOR ARREST

CASE NUMBER: 3:05m00235

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **Anthony Troy Williams**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   X Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) taking by force and intimidation, from the person of victim teller Tamika Harris, approximately $15,150.00 in United States currency belonging to and in the care, custody, control, management and possession of a banking institution namely, Wachovia Bank, 1617 Emmet Street, Charlottesville, Virginia.

in violation of Title ___18___ United States Code, Section(s) ___2113 (a)(d)___

**B. Waugh Crigler**
Name of Issuing Officer

___US Magistrate Judge___
Title of Issuing Officer

/s/ B. Waugh Crigler
Signature of Issuing officer

12-6-05  Charlottesville, Va.
Date and Location

Bail fixed at $ ___in District of Virginia___  by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Charlottesville, VA | | |
| DATE RECEIVED 12/6/05 | NAME AND TITLE OF ARRESTING OFFICER Robert T. Barney / DUSM | SIGNATURE OF ARRESTING OFFICER /s/ RC Barnes |
| DATE OF ARREST 12/6/05 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Anthony Troy Williams

ALIAS: Anthony Jones, Anthony Williams, Anthony T. Williams, Anthony Troy William, Anthony L. Williams, Tony Williams

LAST KNOWN RESIDENCE: Unknown

LAST KNOWN EMPLOYMENT: Unknown

PLACE OF BIRTH: Alexandria, Virginia

DATE OF BIRTH: ████████ 1962

SOCIAL SECURITY NUMBER: ██████-7344

HEIGHT: 5'7"        WEIGHT: 140

SEX: Male           RACE: Black

HAIR: Black         EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: tattoo on right arm/heart; pierced left ear; tattoo on left chest/heart; tattoo on right arm/Kim.

FBI NUMBER: 558479W7

COMPLETE DESCRIPTION OF AUTO: N/A

INVESTIGATIVE AGENCY AND ADDRESS: Federal Bureau of Investigation, Charlottesville, VA